FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANNA SOVEREIGN LIVING BEING OF MOTHER EARTH, <br>     Plaintiff, <br>     v. <br> CHRISTOPHER CULP, ELSY CRUZ, MARIBELL TREJO, and ROCHELLE CLINC <br>     Defendants. | No. 2:21-CV-00322-SAB <br><br> **ORDER CLOSING FILE** |

    On February 10, 2022, the Court dismissed Plaintiff's Complaint, but granted her leave to file an Amended Complaint by April 11, 2022. No Amended Complaint has been filed.

//
//
//
//
//
//
//
//

**ORDER CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is **dismissed**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 18th day of April 2022.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE ~ 2**